

# Fourth Court of Appeals
## San Antonio, Texas

December 10, 2014

No. 04-14-00718-CV

**IN RE** Leticia R. **BENAVIDES**

Original Mandamus Proceeding[1]

**ORDER**

On October 16, 2014, relator Leticia R. Benavides filed this petition for writ of mandamus and emergency motion for stay. The court has considered relator's petition, the response filed on behalf of the real parties in interest, and relator's reply and has determined that relator is entitled to mandamus relief. Accordingly, the petition for writ of mandamus is CONDITIONALLY GRANTED. TEX. R. APP. P. 52.8(c).

The temporary stay previously ordered by this court on November 3, 2014, is LIFTED. The Honorable Jesus Garza, County Court at Law No. 2, is ORDERED to (1) vacate the September 16, 2014 Order Denying Respondent's Plea in Abatement, and (2) enter an order abating all proceedings in Cause No. 2012CVG001995-CV3, styled *In the Matter of the Marriage of Carlos Y. Benavides Jr. and Leticia R. Benavides*, pending final disposition of the proceeding pending in the 49th District Court in Cause No. 2012CVQ000161-D3. The writ will issue only if we are notified that Judge Garza has not complied within fifteen days from the date of this order.

The motion to dismiss filed November 7, 2014, on behalf of the real parties in interest is DENIED.

It is so **ORDERED** on December 10, 2014.

Karen Angelini, Justice

---

[1] This proceeding arises out of Cause No. 2012CVG001995-C3, styled *In the Matter of the Marriage of Carlos Y. Benavides Jr. and Leticia R. Benavides*, pending in the County Court at Law No. 2, Webb County, Texas, the Honorable Jesus Garza presiding.



HEREOF, I have hereunto set my hand and affixed the seal of the said December, 2014.

Keith E. Hottle, Clerk